AO 93 (Rev. 5/85) Search Warrant

# United States District Court

Southern **DISTRICT OF** California

FILED
2007 DEC 18 PM 1:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KW ly_____ DEPUTY

| | |
|---|---|
| Express Mail parcel #EB574974847 addressed to Carlita O'Neal, 1358 Peach Avenue, El Cajon, CA 92021. The parcel has the return information of Sonya Campbell, 15913 Raymond, Maple Heights, Ohio 44137. | **SEARCH WARRANT**<br><br>CASE NUMBER **07 MJ 2927** |

TO:     Kim A. Kelly, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Kim A. Kelly     who has reason to
                                                 Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail parcel #EB574974847 addressed to Carlita O'Neal, 1358 Peach Avenue, El Cajon, CA 92021. The parcel has the return information of Sonya Campbell, 15913 Raymond, Maple Heights, Ohio 44137. This parcel is in the custody of the U.S. Postal Inspection Service.

in the Southern     District of California     there is now
concealed a certain person or property, namely (describe the person or property)

```
Controlled substances, materials, and documents reflecting the distribution of
controlled substances through the United States Mail, including money paid for
controlled substances, in violation of Title 21, United States Code, Sections
841(a)(1), 843(b) and 846
```

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  12/20/07
                                                  Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to     **BARBARA L. MAJOR**
                                                                                                                **U.S. MAGISTRATE JUDGE**
as required by law.

12/11/07 at 4:02 pm                        at     San Diego, CA
Date and Time Issued                               City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**  Magistrate Judge                     _Barbara L. Major_
Name and Title of Judicial Officer                               Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 12/11/07 | DATE AND TIME WARRANT EXECUTED 12/12/07 08:47 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH US Postal Service |
| INVENTORY MADE IN THE PRESENCE OF P.I. Rich Tanael | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

$20,000.00 in blank money orders:

- (4) Giant Eagle Money Orders @ 500.00 = 2000.00
- (2) Global Express Money Orders @ 500.00 = 1000.00
- (2) International Money Orders @ 500.00 = 1000.00
- (3) US Postal Money Orders @ 1000.00 = 3000.00
- (6) Western Union Money Orders @ 1000.00 = 6000.00
- (14) Western Union Money Orders @ 500.00 = 7,000.00

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge

12/18/07
Date